IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHNSON OBIEGBU,
      Plaintiff
    v.                            Case No. 3:13-cv-2-KRG-KAP
ROBERT WERLINGER, WARDEN, F.C.I.
LORETTO, et al.,
      Defendants

## Memorandum Order

Plaintiff's Motion to Reconsider/Re-Open, docket no. 44, was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on February 3, 2016, docket no. 45, recommending that the motion be denied.

The plaintiff was notified, pursuant to 28 U.S.C.§ 636(b)(1), that he had fourteen days to file written objections to the Report and Recommendation. The plaintiff filed timely objections, docket no. 46, that are meritless.

Upon de novo review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this **23rd** day of February, 2016, it is

ORDERED that the Motion to Reconsider/Re-open is denied.

BY THE COURT:

*/s/ Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Johnson Obiegbu
    P.O. Box 340101
    Jamaica, NY 11434